HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
DONALD A. THOMPSON (SBN 260076)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
dthompson@harveysiskind.com

LAUBSCHER & LAUBSCHER PC
LAWRENCE E. LAUBSCHER, JR.
(*pro hac vice* pending)
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 280-6758
llaubscher@laubscherlaw.com

Attorneys for Defendants
AMERICAN AUTOMOBILE
ASSOCIATION, INC. and AAA
FOUNDATION FOR TRAFFIC SAFETY

SEDGWICK LLP
ROBERT M. HARKINS, JR. (SBN 179525)
WARREN KRAUSS (SBN 49568)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635
robert.harkins@sedgwicklaw.com

Attorneys for Plaintiff
LIFE LONG DRIVER, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIFE LONG DRIVER, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AUTOMOBILE ASSOCIATION, INC. and AAA FOUNDATION FOR TRAFFIC SAFETY,<br><br>　　　　　　Defendants. | Case No.: C 12-05429 EDL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE THE INITIAL**<br>**CASE MANAGEMENT CONFERENCE**<br> AS MODIFIED |

1	1.	Defendants' counsel and plaintiff's counsel jointly request and stipulate pursuant to Local Rule 7-12 that the Court reschedule the Initial Case Management Conference, currently scheduled for Wednesday, April 17, 2013 at 10:00 am (D.N. 22), to Tuesday, April 30, 2013 at 10:00 a.m.

2.	This request arises because Defendants' counsel is unavailable on the currently scheduled date for the Initial Case Management Conference in this matter, April 17, 2013, due to longstanding travel plans. Defendants' counsel is also unavailable the following week due to a conflict with a previously scheduled case management conference before Judge Lloyd.

3.	This stipulation will not affect the overall schedule of the case or the Court's determination in setting the case for trial. Plaintiff previously requested two continuances of the Initial Case Management Conference, on January 9, 2013 (D.N. 7) and February 12, 2013 (D.N. 13), which the Court granted (D.N. 12, 15). Defendants previously requested an extension of time to respond to the complaint, on March 6, 2013 (D.N. 18), which the Court also granted (D.N 21). Defendants' response to the complaint is due on or before April 8, 2013 (D.N 21).

Dated: March 20, 2013	Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
DONALD A. THOMPSON

LAUBSCHER & LAUBSCHER PC
LAWRENCE E. LAUBSCHER, JR.

By:  _____/s/_____
         Ian K. Boyd

Attorneys for Defendants
AMERICAN AUTOMOBILE ASSOCIATION, INC.
and AAA FOUNDATION FOR TRAFFIC SAFETY

- 1 -

SEDGWICK LLP
ROBERT M. HARKINS, JR.
WARREN KRAUSS

By: _____/s/_____
Robert M. Harkins, Jr.

Attorneys for Plaintiff
LIFE LONG DRIVER, LLC

I, Ian K. Boyd, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1, I hereby attest that counsel for Plaintiff has concurred in this filing.

_____/s/_____
Ian K. Boyd

## [PROPOSED] ORDER

The parties' stipulation to continue the Initial Case Management Conference is granted. The Initial Case Management Conference will take place at 10:00 a.m. on Tuesday, ~~April 30~~ May 14, 2013 in Courtroom E. The parties shall file a joint case management statement no later than one week before the Initial Case Management Conference.

IT IS SO ORDERED.

Dated: March 25, 2013

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Case No. C 12-05429 EDL