| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (SBN 191434) |
| 2 | DONALD A. THOMPSON (SBN 260076) |
| | Four Embarcadero Center, 39th Floor |
| 3 | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 5 | iboyd@harveysiskind.com |
| | dthompson@harveysiskind.com |
| 6 | |

LAUBSCHER & LAUBSCHER PC
LAWRENCE E. LAUBSCHER, JR.
(*pro hac vice* pending)
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 280-6758
llaubscher@laubscherlaw.com

SEDGWICK LLP
ROBERT M. HARKINS, JR. (SBN 179525)
WARREN KRAUSS (SBN 49568)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635
robert.harkins@sedgwicklaw.com

Attorneys for Defendants
AMERICAN AUTOMOBILE
ASSOCIATION, INC. and AAA
FOUNDATION FOR TRAFFIC SAFETY

Attorneys for Plaintiff
LIFE LONG DRIVER, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIFE LONG DRIVER, LLC, | Case No.: C 12-05429 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**  AS MODIFIED |
| AMERICAN AUTOMOBILE ASSOCIATION, INC. and AAA FOUNDATION FOR TRAFFIC SAFETY, | |
| Defendants. | |

1. Defendants' counsel and plaintiff's counsel jointly request and stipulate pursuant to Local Rule 7-12 that the Court reschedule the Initial Case Management Conference, currently scheduled for Wednesday, April 17, 2013 at 10:00 am (D.N. 22), to Tuesday, April 30, 2013 at 10:00 a.m.

2. This request arises because Defendants' counsel is unavailable on the currently scheduled date for the Initial Case Management Conference in this matter, April 17, 2013, due to longstanding travel plans. Defendants' counsel is also unavailable the following week due to a conflict with a previously scheduled case management conference before Judge Lloyd.

3. This stipulation will not affect the overall schedule of the case or the Court's determination in setting the case for trial. Plaintiff previously requested two continuances of the Initial Case Management Conference, on January 9, 2013 (D.N. 7) and February 12, 2013 (D.N. 13), which the Court granted (D.N. 12, 15). Defendants previously requested an extension of time to respond to the complaint, on March 6, 2013 (D.N. 18), which the Court also granted (D.N 21). Defendants' response to the complaint is due on or before April 8, 2013 (D.N 21).

Dated: March 20, 2013               Respectfully submitted,

                                    HARVEY SISKIND LLP
                                    IAN K. BOYD
                                    DONALD A. THOMPSON

                                    LAUBSCHER & LAUBSCHER PC
                                    LAWRENCE E. LAUBSCHER, JR.

                                    By: _____/s/_____
                                         Ian K. Boyd

                                    Attorneys for Defendants
                                    AMERICAN AUTOMOBILE ASSOCIATION, INC.
                                    and AAA FOUNDATION FOR TRAFFIC SAFETY

```
                        SEDGWICK LLP
                        ROBERT M. HARKINS, JR.
                        WARREN KRAUSS

                        By:    /s/
                               Robert M. Harkins, Jr.

                        Attorneys for Plaintiff
                        LIFE LONG DRIVER, LLC
```

I, Ian K. Boyd, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1, I hereby attest that counsel for Plaintiff has concurred in this filing.

```
                                /s/
                               Ian K. Boyd
```

### [~~PROPOSED~~] ORDER

The parties' stipulation to continue the Initial Case Management Conference is granted. The Initial Case Management Conference will take place at 10:00 a.m. on Tuesday, ~~April 30~~ May 14, 2013 in Courtroom E. The parties shall file a joint case management statement no later than one week before the Initial Case Management Conference.

IT IS SO ORDERED.

Dated: March 25, 2013

IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte