**SEDGWICK LLP**
Robert M. Harkins, Jr. (State Bar No. 179525)
robert.harkins@sedgwicklaw.com
Warren Krauss (State Bar No. 49568)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Plaintiff
LIFE LONG DRIVER, LLC

HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
DONALD A. THOMPSON (SBN 260076)
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
dthompson@harveysiskind.com

LAUBSCHER & LAUBSCHER PC
LAWRENCE E. LAUBSCHER, JR. (admitted *pro hac vice*)
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 280-6758
llaubscher@laubscherlaw.com

Attorneys for Defendants and Counterclaimant
AMERICAN AUTOMOBILE ASSOCIATION, INC.
and AAA FOUNDATION FOR TRAFFIC SAFETY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE LONG DRIVER, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> The AMERICAN AUTOMOBILE ASSOCIATION, INC. (AAA), and AAA FOUNDATION FOR TRAFFIC SAFETY, <br><br> Defendants. | **CASE NO. C12 5429 EDL** <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION AND TO ADJUST CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE AS MODIFIED BY THE COURT** <br><br> **CIVIL LOCAL RULE NO. 7-12** |

Judge: Mag. Elizabeth D. Laporte

CASE NO. C12 5429 EDL
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION AND TO ADJUST CLAIM
CONSTRUCTION BRIEFING AND HEARING SCHEDULE

SF/3893196v1

WHEREAS, on April 24, 2013, this Court entered an ADR Order (D.I. 33) setting forth the deadline for the parties, Plaintiff Life Long Driver, LLC, and Defendants the American Automobile Association, Inc. and AAA Foundation for Traffic Safety, to attend mediation by July 23, 2013;

WHEREAS, on May 23, 2013, this Court entered a Case Management and Pretrial Order for Jury Trial (D.I. 39), setting forth a case schedule in this action, including a schedule for claim construction briefing and a claim construction hearing;

WHEREAS, the parties have been engaging in good-faith settlement discussions in an effort to resolve this matter but were not able to schedule the mediation in the given timeframe;

WHEREAS, the parties believe that the possibility of realizing a resolution to this matter would be increased if the deadline to attend mediation and claim construction briefing and hearing schedule were adjusted as follows:

| Scheduling Item | Current Date | Revised Date |
|---|---|---|
| ADR to be complete | July 23, 2013 | Sept. 6, 2013 |
| Exchange of Proposed Terms for Construction (Pat. L. R. 4-1) | July 26, 2013 | Sept. 13, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Pat. L. R. 4-2) | Aug. 16, 2013 | Oct. 4, 2013 |
| Joint Claim Construction and Prehearing Statement (Pat. L. R. 4-3) | Sept. 10, 2013 | Oct. 18, 2013 |
| Completion of Claim Construction Discovery (Pat. L. R. 4-4) | Oct. 10, 2013 | Nov. 8, 2013 |
| Plaintiff's Opening Claim Construction Brief (Pat. L. R. 4-5(a)) | Oct. 18, 2013 | Nov. 22, 2013 |
| Defendants Claim Construction Brief (Pat. L. R. 4-5(b)) | Nov. 8, 2013 | Dec. 13, 2013 |
| Plaintiff's Reply Claim Construction Brief (Pat. L. R. 4-5(c)) | Nov. 15, 2013 | Dec. 20, 2013 |
| Claim Construction Hearing | Dec. 17, 2013 | Jan. 3, 2013 or as soon thereafter as the Court is available |

CASE NO.  C12 5429 EDL
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION AND TO ADJUST CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE

SF/3893196v1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for mediation and the dates for claim construction briefing and the claim construction hearing be extended as set forth above.

DATED:  July 23, 2013                                       SEDGWICK LLP

                                                            By: */s/ Robert Harkins*
                                                                Robert Harkins

                                                            Attorneys for Plaintiff LIFE LONG DRIVER, LLC

DATED: July 23, 2013                                        LAUBSCHER & LAUBSCHER PC

                                                            By:  */s/ Lawrence E. Laubscher, Jr.*
                                                                 Lawrence E. Laubscher, Jr.

                                                            Attorneys for Defendants
                                                            AMERICAN AUTOMOBILE ASSOCIATION, INC.
                                                            and AAA FOUNDATION FOR TRAFFIC SAFETY

Consent was given by each signatory to this document other than the filer to file with that person's signature affixed.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Claim Construction Hearing is scheduled for January 24, 2014, at 1:30 p.m.

Dated: July 25, 2013                                        _____
                                                            UNITED STATES CHIEF MAGISTATE JUDGE
                                                            ELIZABETH D. LAPORTE

CASE NO.  C12 5429 EDL
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MEDIATION AND TO ADJUST CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE

SF/3893196v1