United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE LONG DRIVER, | No. C -12-05429 EDL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | |
| Defendant. / | |

A status conference is set in this matter on March 11, 2014 at 10:00 a.m.  The parties shall file a joint status conference statement no later than March 4, 2014.

**IT IS SO ORDERED.**

Dated: February 10, 2014

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge